NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAMONA SANZONE,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2025-1935

---

Petition for review of the Merit Systems Protection Board in No. PH-0841-25-1402-I-1.

---

Before PROST, CHEN, and HUGHES, *Circuit Judges.*

PER CURIAM.

## O R D E R

Ramona Sanzone has filed petitions for review from an initial decision at both this court and the Merit Systems Protection Board. Because the petition at the Board was deemed timely filed and remains pending, the court directed the parties to show cause whether the petition to this court should be dismissed as premature. The Board says yes. Ms. Sanzone has not responded.

In general, this court only has jurisdiction over "an appeal from a final order or final decision of the . . . Board."

28 U.S.C. § 1295(a)(9). A timely petition for Board review renders the initial decision non-final. *See* 5 C.F.R. § 1201.113(a). Given Ms. Sanzone's pending petition at the Board, this court currently lacks jurisdiction. After the Board issues a final decision, Ms. Sanzone may, if necessary, file a timely petition for this court's review. Alternatively, if she wishes to forgo Board review of her petition and instead directly pursue this court's review, she may wish to consider the Board's withdrawal policy as identified by the Clerk of the Board in the letter accompanying the amended certified list in this case. *See* ECF No. 18 at 1; *see also* June 2022 Board Policy.

Accordingly,

IT IS ORDERED THAT:

(1) The petition for review is dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 9, 2025
Date